# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Earl L. Hood, <br><br> Plaintiff(s), <br><br> vs <br><br> Marlboro County Sheriff's Office; Marlboro County; Charles Lemon, individually and in his official capacity as Sheriff, <br> State Farm, <br><br> Defendant(s). | 4:17-cv-03403-SAL |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary judgment is entered for Defendant's, Marlboro County Sheriff's Office; Marlboro County; Charles Lemon, individually and in his official capacity as Sheriff, and this case is dismissed.

This action was *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Sherri A. Lydon, United States District Judge ,who adopts the Report and Recommendation of United States Magistrate Judge Mary Gordon Baker who grants Defendant's Motion for Summary Judgment.

                                                  Robin L. Blume
                                                  CLERK OF COURT

                                                By: s/ Leah Suttles

April 1, 2020